Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email:  ALombardo@parsonsbehle.com
         AHodson@parsonsbehle.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS JONES FOR CONGRESS,<br><br>               Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE,<br>LAWERENCE DENNEY,<br><br>               Defendants. | Case No.<br><br>DECLARATION OF MATT BRAYNARD |

I, Matt Braynard, declare as follows:

1.      I am the campaign manager for Nicholas Jones for Congress, Plaintiff in the above-referenced action.  I make this declaration based upon my own personal knowledge and can testify as to the truth of the statements contained herein if called upon as a witness at a hearing before this Court.

2.      The Idaho Secretary of State's Office has been publicly advising voters to request their absentee ballots for the 2020 primary through their website, and have stated that ballots may be requested there until 8 PM on May 19, 2020.

3.      The day before the deadline, May 18th, Secretary of State Lawrence Denney appeared on the Nate Shelman show and emphasized that voters may request their absentee ballots through his department's website until 8 PM the following day.

4.      On May 18 and May 19, our campaign spoke to one-hundred thirty-four voter households where at least one voter requested our help in filing for their absentee ballot.

5.      On May 19, we reached out to all of these voters and attempted to walk them through requesting the ballot on the Secretary of State's website. In nearly all cases, the website failed to load, generated error messages indicating the site's hosting was broken, did not respond when a voter's data was submitted, or warned that a voter's information was incorrect despite repeatedly being verified.

6.    At 11:23 AM on May 19, after becoming aware of this problem, I called the Secretary of State's office and spoke to Erin, the receptionist for the Elections Division. She said her office was aware of these problems and that, in her words, "the system's overloaded."

7.    The campaign has attempted to help these voters with the Secretary of State's website, but the issues continued into the evening.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2020, at Boise, Idaho.


*/s/ Matt Braynard*
Matt Braynard

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on the 19th day of May, 2020, a true and correct copy of the within and foregoing instrument was served upon:


Idaho Secretary of State  
Elections and Administration  
700 W. Jefferson Street, Room E205  
Boise, ID 83702

☐ U.S. Mail  
☐ Facsimile  
☐ Hand Delivery  
☐ Overnight Delivery  
☒ Email elections@sos.idaho.gov


Lawerence Denney, Secretary of State  
Idaho Secretary of State  
Elections and Administration  
700 W. Jefferson Street, Room E205  
Boise, ID 83702

☐ U.S. Mail  
☐ Facsimile  
☐ Hand Delivery  
☐ Overnight Delivery  
☒ Email elections@sos.idaho.gov


*/s/ Amy A. Lombardo*  
Amy A. Lombardo