Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email:  ALombardo@parsonsbehle.com
            AHodson@parsonsehle.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual; ROBERT THOMAS an individual; and NICHOLAS JONES FOR CONGRESS,<br><br>                    Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as secretary of state,<br><br>                    Defendants. | Case No. 1:20-cv-00242-BLW<br><br>MEMORANDUM IN SUPPORT OF AMENDED PETITION/MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF |

### I. INTRODUCTION

"There is no right more basic in our democracy than the right to participate in electing our political leaders." *McCutcheon v. Fed. Election Comm'n*, 134 S. Ct. 1434, 1435 (2014) (plurality opinion). "Other rights, even the most basic, are illusory if the right to vote is undermined." *Wesberry v. Sanders*, 376 U.S. 1, 17 (1964). A preliminary injunction is needed here to prevent the disenfranchisement of hundreds of eligible prospective voters in Idaho through no fault of their own.

Under Idaho law, the deadline for Idaho voters to obtain an absentee ballot for the 2020 Primary was Tuesday, May 19, 2020. I.C. § 34–601. All voting for Idaho's 2020 Primary election is by absentee ballot only as a result of health concerns due to COVID-19. This emergency arises from problems with the Secretary of State ("SOS") website, which have caused voters to be unable to request and obtain an absentee ballot for voting in the 2020 Primary election.

Over the last two months, Defendants have encouraged voters to request absentee ballots through the Secretary of State's ("SOS") online portal. Indeed, on Monday, May 18, 2020, Defendant Lawerence Denney appeared on the Nate Shelman Show and emphasized that voters may request their absentee ballots through the SOS website until 8:00 PM the following day, Tuesday, May 19, 2020 (the deadline to request a ballot). He also indicated that no ballot requests would be accepted if not requested online or submitted to the county clerk by 8:00 PM. However, in the days leading up to and including the May 19 request deadline, the online portal failed to process all ballot requests due to tremendous demand. Defendants acknowledge that their website broke in the critical lead-up to the ballot request deadline, preventing Idahoans from requesting absentee ballots online. Defendants nonetheless have not extended the deadline to protect the voting rights of citizens who attempted to request a ballot online before the deadline but were unable to do so, through no fault of their own.

As a result, Plaintiffs are concerned that voters do not have access to an absentee ballot, which is the only means of voting in the 2020 Primary election. This would deprive them to exercise their right to vote under the United States Constitution and the Idaho Constitution.

Unless the deadline to obtain an absentee ballot is extended to 8pm on Tuesday, May 26, 2020, and unless Defendants are required to expend additional resources notifying voters of the additional time to request an absentee ballot, qualified electors will be deprived of a meaningful

opportunity to exercise their right to vote under the First and Fourteenth Amendments to the United States Constitution, and under the Idaho Constitution Art. 1, §§ 1, 2, 19. The extension provides adequate opportunity to those seeking to exercise the right to vote in this Primary election otherwise denied to them by the Defendants' actions.

## V. ARGUMENT

The right to vote in an election is guaranteed by, *inter alia*, the First and Fourteenth Amendments to the United States Constitution and 52 U.S.C. § 10101 (formerly cited as 42 U.S.C. § 1971), as well as Idaho Constitution Art. 1, §§ 1, 2, 19. Plaintiffs have standing to enforce these rights and all rights asserted herein, on behalf of themselves and the voters who are Plaintiff Nicholas Jones for Congress's supporters.

Defendant Denney has failed to fulfill his duty as Chief Election Officer pursuant to Idaho Code section 34-201, *et seq*. to provide voters with the ability to obtain an absentee ballot. Due to problems with the Secretary of State website—where voters have been instructed to go to request their absentee ballots for the 2020 Primary election—many voters will be deprived of an opportunity to exercise their constitutional rights. Although Defendant was aware of the issues with its website, it did not do anything to resolve the problem, but instead merely posted the following note on the website informing voters of the issues:

> **IMPORTANT!**
> We are currently processing a high amount of online requests. Unfortunately, this amount of traffic is putting some strain on our system.
>
> If you receive an error using the online system, please be patient and try again later, or use the paper form option if you have a printer available. We are working diligently to resolve this as quickly and effectively as possible. We apologize for the inconvenience, and thank you for your enthusiasm to #VoteEarlyIdaho.

On the last day to obtain an absentee ballot, Plaintiff Nicholas Jones for Congress was flooded with requests for help from voters who are unable to request their absentee ballots through the Secretary of State's online portal. Plaintiff confirmed with the Secretary of State's Election Division that their website was failing due to tremendous demand, but the SOS made no guarantee that it would be fixed by the 8 PM deadline. In addition, Plaintiffs Moreno and Thomas attempted to request absentee ballots online but were unable to do so due to the website's failure. It is likely that many voters gave up trying to obtain a ballot due to the website's repeated failures to process requests.

Indeed, Chief Deputy Secretary of State Chad Houck told the Idaho Statesman that the SOS's office knew that the SOS website would not be able to handle an enormous flood of absentee ballot requests, which is why the SOS started a campaign to encourage voters to request absentee ballots 45-days earlier. Nonetheless, Mr. Houck indicated that the SOS did not have plans to extend the deadline to request a ballot.

Although some counties, such as Ada County, appear to have prepared for the SOS website failure and offered voters the ability to submit absentee ballot requests until 8PM by driving to a location and requesting a ballot in person, such measures may not have been state-wide and do not adequately provide access to a ballot for many voters, especially those with health concerns who were relying on the SOS website to obtain their ballot. Further, just two hours before the ballot request deadline, the Ada County Elections office, through Twitter, encouraged voters to download the request form, print it, sign it, take a picture of it or scan it, and then email it back to them. However, even if voters saw that information, it outlined an onerous process that they were not likely willing or able to complete just before the ballot request deadline.

The above-referenced conduct of Defendants violated the fundamental right to vote inherent in the United States Constitution, 52 U.S.C. § 10101, 42 U.S.C. § 1983, and Idaho Constitution Art. 1 §§ 1, 2, 19. Unless Defendants are required to extend the deadline to obtain absentee ballots and expend additional resources notifying voters of the extended time for requesting a ballot, qualified electors will be deprived of a meaningful opportunity to exercise their right to vote under the First and Fourteenth Amendments to the United States Constitution, and under the Idaho Constitution Art. 1, §§ 1, 2, 19. The relief requested would reflect the practical administrative issues that may be involved in the extension of time, while offering voters seeking the opportunity denied to them by the Defendant's actions, to participate in the 2020 Primary election.

The violation of a citizen's right to vote is the quintessential irreparable injury justifying an injunction. "By finding an abridgement to the voters' constitutional right to vote, irreparable harm is presumed and no further showing of injury need be made." *Touchston v. McDermott*, 234 F.3d 1133, 1158-59 (11th Cir. 2000); *see also Obama for Am. v. Husted* ("*OFA*"), 697 F.3d 423, 436 (6th Cir. 2012); *Council of Alt. Political Parties v. Hooks*, 121 F.3d 876 (3d Cir. 1997); *Williams v. Salerno*, 792 F.2d 323, 326 (2d Cir. 1986). Absent relief here, hundreds of Idahoans will be disenfranchised as a result of Defendants' refusal to extend the absentee ballot request deadline after the online request tool malfunctioned and then crashed in the days leading up to the deadline. Plaintiffs Dena Moreno and Robert Thomas are among these Idahoans facing imminent disenfranchisement. Absent an extension of the deadline, they, as well as Plaintiff Nicholas Jones for Congress's supporters, will not be able to vote in the upcoming Primary election. Plaintiffs have no adequate remedy at law.

## VI. CONCLUSION

For the reasons stated herein, Plaintiffs respectfully request that this Court grant Plaintiffs' Amended Petition/Motion for Temporary Restraining Order and Emergency Injunctive Relief and order Defendants to extend the deadline to request an absentee ballot to Tuesday, May 26, 2020 and to provide public notice of these extended voting opportunities by notifying all local media of the extension and by posting notices of the extension on its website and at its office(s)

DATED THIS 20th day of May, 2020.

PARSONS BEHLE & LATIMER

By: /s/ Amy A. Lombardo
     Amy A. Lombardo
     Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2020, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Idaho Secretary of State<br>Elections and Administration<br>700 W. Jefferson Street, Room E205<br>Boise, ID 83702 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Jason.Hancock@sos.idaho.gov |
| Lawerence Denney, Secretary of State<br>Idaho Secretary of State<br>Elections and Administration<br>700 W. Jefferson Street, Room E205<br>Boise, ID 83702 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Jason.Hancock@sos.idaho.gov |

*/s/ Amy A. Lombardo*
Amy A. Lombardo