Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email:  ALombardo@parsonsbehle.com
         AHodson@parsonsehle.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual; ROBERT THOMAS, an individual; and NICHOLAS JONES FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as Secretary of State<br><br>Defendants. | Case No. 1:20-cv-00242-BLW<br><br>**DECLARATION OF DENA MORENO** |

I, Dena Moreno, declare as follows:

1. I am voter in the First Congressional District of Idaho. I live in Sandpoint, Idaho.  I make this declaration based upon my own personal knowledge and can testify as to the truth of the statements contained herein if called upon as a witness at the hearing on this action.

2. On May 19th, the Nicholas Jones campaign asked if I needed assistance requesting my absentee ballot. I said I would appreciate their help.

3. Late that afternoon, the campaign's manager, Matt Braynard, called me to attempt to walk me through the process of requesting my ballot. Unfortunately, despite repeated attempts,

1

the Secretary of State's absentee ballot request page failed to load or respond to the submission of my request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2020, at Sandpoint, Idaho.

/s/ Dena Moreno
Dena Moreno

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2020, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Idaho Secretary of State<br>Elections and Administration<br>700 W. Jefferson Street, Room E205<br>Boise, ID 83702 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Jason.Hancock@sos.idaho.gov |
| Lawerence Denney, Secretary of State<br>Idaho Secretary of State<br>Elections and Administration<br>700 W. Jefferson Street, Room E205<br>Boise, ID 83702 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Jason.Hancock@sos.idaho.gov |

*/s/ Amy A. Lombardo*
Amy A. Lombardo