Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email:  ALombardo@parsonsbehle.com
         AHodson@parsonsehle.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| DENA MORENO, an individual; ROBERT THOMAS, an individual; and NICHOLAS JONES FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as Secretary of State<br><br>Defendants. | Case No. 1:20-cv-00242-BLW<br><br>**DECLARATION OF ROBERT THOMAS** |

I, Robert Thomas, declare as follows:

1. I am an Idaho-registered voter and I live in Boise, Idaho.  I make this declaration based upon my own personal knowledge and can testify as to the truth of the statements contained herein if called upon as a witness at the trial of this action.

2. Between May 17 and May 19, 2020, I made repeated attempts to request my absentee ballot through the Idaho's Secretary of State website. Every time I visited the site and attempted to enter my information, the website had crashed and was non-responsive. Due to this persistent problem, I was not able to request my absentee ballot by the May 19, 8 PM deadline

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2020, at Boise, Idaho.

*/s/ Robert Thomas*
Robert Thomas

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 20th day of May, 2020, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Idaho Secretary of State<br>Elections and Administration<br>700 W. Jefferson Street, Room E205<br>Boise, ID 83702 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Jason.Hancock@sos.idaho.gov |
| Lawerence Denney, Secretary of State<br>Idaho Secretary of State<br>Elections and Administration<br>700 W. Jefferson Street, Room E205<br>Boise, ID 83702 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Jason.Hancock@sos.idaho.gov |

*/s/ Amy A. Lombardo*
Amy A. Lombardo