Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email:  ALombardo@parsonsbehle.com
           AHodson@parsonsbehle.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual; ROBERT THOMAS, an individual; and NICHOLAS JONES FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as Secretary of State<br><br>Defendants. | Case No. 1:20-cv-00242-BLW<br><br>**DECLARATION OF ALEXANDRA L. HODSON IN SUPPORT OF AMENDED PETITION/MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF** |

I, Alexandra L. Hodson, declare as follows:

1.  I am duly licensed to practice law in the State of Idaho and before this Court, and I am an associate with the law firm of Parsons Behle & Latimer. I am attorney of record for plaintiffs in the above-referenced action. I make this declaration based upon my own personal knowledge. I submit this declaration in support of Plaintiffs' Amended Petition/Motion for Temporary Restraining Order and Emergency Injunctive Relief.

2.  Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of a screenshot of Twitter's Help Center website taken by me on May 21, 2020. The

website indicates that this symbol ✓ next to a Twitter account name "lets people know that an account of public interest is authentic." The webpage also states that these "verified badges" are applied by Twitter only. This webpage can be accessed here: https://help.twitter.com/en/managing-your-account/about-twitter-verified-accounts.

3. Attached hereto and incorporated herein by reference as **Exhibit B** is a true and correct copy of a screenshot of the Idaho Secretary of State's official Twitter page taken by me on May 21, 2020. The screenshot demonstrates that this Twitter account is the "[o]fficial Twitter account for the Idaho Secretary of State's office." The ✓ symbol appears next to the name of the Idaho SOS's official Twitter account in accordance with Twitter's policy of adding that symbol to official accounts.

4. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of a screenshot of the Idaho Secretary of State's official Twitter page taken by me on May 21, 2020. The post says: "The Idaho Secretary of State is proud to announce that we now have an online option to request your absentee ballot. Please visit Idahovotes.gov . . . . and request your ballot today." As evidenced by the screenshot, several individuals commented in response to the post indicating that the website was failing to process ballot requests.

5. Attached hereto and incorporated herein by reference as **Exhibit D** is a true and correct copy of a screenshot of the Idaho Statesman's official Twitter page taken by me on May 21, 2020. The screenshot demonstrates that this Twitter account is the official Twitter account for the Idaho Statesman, as the ✓ symbol appears next to Idaho Statesman's official account name in accordance with Twitter's policy of adding that symbol to official accounts.

6. Attached hereto and incorporated herein by reference as **Exhibit E** is a true and correct copy of screenshots of a post on the Idaho Statesman's official Twitter page taken by me

2

on May 21, 2020. The post shows a screenshot of the error message voters received when requesting an absentee ballot through the website. An individual commented in response to the post on the deadline to request ballots, May 19, 2020, indicating that the SOS website failure was "especially crappy because the site wasn't working a couple of weeks ago either. . . ."

7. Attached hereto and incorporated herein by reference as **Exhibit F** is a true and correct copy of screenshots taken by me on May 21, 2020 of an online article posted by the Idaho Statesman on May 19, 2020 discussing the problems with the SOS website, including statements from Chief Deputy Secretary of State Chad Houck that the SOS knew the website was having problems but did not intend to extend the ballot request deadline. The article can be found here: https://www.idahostatesman.com/news/politics-government/election/article242854901.html

8. Attached hereto and incorporated herein by reference as **Exhibit G** is a true and correct copy of a screenshot of Facebook's Help Center website taken by me on May 21, 2020. The website indicates that this symbol ✓ on a page or profile "means that Facebook confirmed that this is the authentic Page or profile for this public figure, media company or brand." The webpage also states that these "verified badge[s]" cannot be purchased. This webpage can be accessed here: https://www.facebook.com/help/196050490547892.

9. Attached hereto and incorporated herein by reference as **Exhibit H** is a true and correct copy of a screenshot of the Idaho Secretary of State's official Facebook page taken by me on May 21, 2020. The screenshot demonstrates that this Facebook account is the "[o]fficial Facebook account for the Idaho Secretary of State's office." The ✓ symbol appears next to the name of the Idaho SOS's official account in accordance with Facebook's policy of adding that symbol to official accounts.

10. Attached hereto and incorporated herein by reference as **Exhibit I** is a true and correct copy of screenshots of a post on the Idaho Secretary of State's official Facebook page taken by me on May 21, 2020. The post refers voters to IdahoVotes.gov/vote-early-idaho/. There is a comment in response to the post from a voter on May 19, 2020 regarding how difficult it was to use the website and how the voter did not receive an absentee ballot request form by mail.

11. Attached hereto and incorporated herein by reference as **Exhibit J** is a true and correct copy of screenshots of a post on the Idaho Secretary of State's official Facebook page taken by me on May 21, 2020. The post encourages voters to return their absentee ballots. There are various comments in response to the post, one of which indicates that a voter requested his ballot three times and did not receive it.

12. Attached hereto and incorporated herein by reference as **Exhibit K** is a true and correct copy of screenshots of the Bonner County elections website taken by me on May 21, 2020 telling voters that there was "PLENTY of time" to request ballots and encouraging them to visit the SOS website to request their absentee ballots. This webpage is currently up and can be accessed here: https://www.bonnercountyid.gov/elections.

13. Attached hereto as Attached hereto and incorporated herein by reference as **Exhibit L** is a true and correct copy of the PDF version of the absentee ballot request form from the Idaho SOS's website. The form instructs voters that: "You may also request an absentee ballot online at Idahovotes.gov." This form can be found on the Secretary of State's website, and accessed here: https://sos.idaho.gov/elect/clerk/forms/2020_May_Primary_Absentee_Request.pdf.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct.

Executed on the 22nd day of May 2020, at Boise, Idaho.

                                              */s/ Alexandra L. Hodson*
                                              Alexandra L. Hodson

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 22nd day of May 2020, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Robert Berry<br>Office of the Attorney General<br>954 W. Jefferson Street, 2nd Floor<br>Boise, ID 83702<br>*Attorney for Defendants* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Robert.Berry@ag.idaho.gov |

                          */s/ Amy A. Lombardo*
                          Amy A. Lombardo