LAWRENCE G. WASDEN
ATTORNEY GENERAL

BRIAN KANE, ISB #6264
Assistant Chief Deputy Attorney General

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation
ROBERT A. BERRY, ISB #7742
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:    (208) 334-4130
Facsimile:     (208) 854-8073
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual, ROBERT THOMAS, and individual and NICHOLAS JONES FOR CONGRESS,<br><br>Plaintiffs,<br>v.<br><br>IDAHO SECRETARY OF STATE and LAWERENCE DENNEY, in his official capacity as Secretary of State,<br><br>Defendants. | Case No.  1:20-cv-00242-BLW<br><br>**DECLARATION OF CHAD HOUCK IN SUPPORT OF IDAHO SECRETARY OF STATE LAWERENCE DENNEY'S OPPOSITION TO PLAINTIFFS' AMENDED PETITION/MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF FILED MAY 20, 2020  [DKT. 2]** |

1. I, Chad Houck, am over the age of eighteen and competent to offer testimony. I make the following declaration under penalty of perjury under the laws of the State of Idaho and based upon my own personal knowledge.

DECLARATION OF CHAD HOUCK IN SUPPORT OF IDAHO SECRETARY OF STATE
LAWERENCE DENNEY'S OPPOSITION TO PLAINTIFFS' AMENDED
PETITION/MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY
INJUNCTIVE RELIEF FILED MAY 20, 2020  [DKT. 2] - 1

2. I have been with the Idaho Secretary of State's Office since 2015 where I initially started as a consultant, then transitioned to Director of Special Projects and Deputy Secretary. Since June 2019, I have served as the Chief Deputy Secretary of State.

3. On April 1, 2020, the Governor's Office for the State of Idaho signed, and Secretary Lawerence Denney publicly read a proclamation regarding the May 19, 2020 primary, stating that it would be conducted exclusively by absentee ballot.

4. After April 1, 2020, the Idaho Secretary of State twice sent mailings to registered voters statewide informing them as to how the May 19, 2020 primary would be conducted and also informing them how to request a ballot and vote during the time of this pandemic.

5. The combined cost of the mailings was approximately $500,000.

6. The first mailing was sent to 503,746 households, which represents Idaho's approximately 900,000 registered voters. A true and correct copy of an example of the mailing that was sent in March 2020 is attached as Exhibit A.

7. The second mailing was an aggregate of 551,961 pieces, divided to one mailing per two voters per household, with additional pieces mailed to households with multiple registered voters. A true and correct copy of an example of the mailing that was sent in early May is attached as Exhibit B.

8. Our Office's contractors utilized USPS data scanning on the list for both mailings (the preliminary notice and the official ballot request form) for removal of undeliverable addresses. An extraction of the data from a true and correct copy of those voters to whom those mailings were sent with the names "Dena Moreno" or "Robert Thomas" is attached as Exhibit C.

9. As is seen in Exhibit C, there was only one registered Dena Moreno that was sent both mailings to a Sandpoint, Idaho address. Our Office's records do not show the mailings as being undeliverable.

10. There are many Ada County households in which a Robert Thomas is registered. Accordingly, all of the Robert Thomas's in Ada County that received both mailings are included in Exhibit C. No voter with the name Robert Thomas appeared on the list of voters with undeliverable addresses.

11. Between April 1, 2020 and May 19, 2020, I appeared on television between 4-6 times and provided in excess of a 10-12 interviews with statewide press affiliates from print, radio, and online news outlets regarding both the processes of requesting ballots for this primary election and the deadlines for doing so under the executive order.

12. Voter turnout for the March Presidential primary in 2020 in Idaho approximated 25,000 absentee cast ballots.

13. By comparison, the total number of requested absentee ballots for the May 19, 2020 primary following the closing of the request period as per the executive order issued April 1, 2020 was just over 415,500. This number is approximately 1,600% higher than the absentee ballots voted during the presidential primary conducted earlier this year.

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF CHAD HOUCK IN SUPPORT OF IDAHO SECRETARY OF STATE LAWERENCE DENNEY'S OPPOSITION TO PLAINTIFFS' AMENDED PETITION/MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF FILED MAY 20, 2020  [DKT. 2] - 3

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 22nd day of May, 2020.

By: */s/ Chad Houck*
CHAD HOUCK

DECLARATION OF CHAD HOUCK IN SUPPORT OF IDAHO SECRETARY OF STATE LAWERENCE DENNEY'S OPPOSITION TO PLAINTIFFS' AMENDED PETITION/MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF FILED MAY 20, 2020  [DKT. 2] - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Amy A. Lombardo
Alexandra L. Hodson
PARSONS BEHLE & LATIMER
alombardo@parsonsbehle.com
ahodson@parsonsbehle.com

                                                                   /s/  Robert A. Berry
                                                                    ROBERT A. BERRY