# EXHIBIT A



**LAWERENCE DENNEY**
**IDAHO SECRETARY OF STATE**
700 W Jefferson St
Boise, ID 83702

PRSRT STD
U.S. POSTAGE
**PAID**
BOISE, ID
PERMIT NO. 1



# REQUEST YOUR BALLOT
## Protect Yourself. Protect Your Neighbors.

Due to the coronavirus, the May 19 primary election will be held **entirely by absentee ballot** so that you can vote in the safety and comfort of your own home.

Sincerely,

*Lawrence Denney*

Lawrence Denney
Secretary of State

IDAHO-1002

**REQUEST YOUR ABSENTEE BALLOT TODAY AT** *idahovotes.gov*



**THERE WILL BE NO ELECTION DAY POLLING LOCATIONS. REQUEST YOUR BALLOT ONLINE TODAY** FOR THE MAY 19 PRIMARY ELECTION.

Due to Idaho's current State of Emergency, and out of consideration for the health and welfare of Idaho's poll workers and the public, **the May 19 primary election will be conducted by absentee ballot *ONLY***. Secretary Lawerence Denney, along with Idaho's 44 County Clerks, are reminding Idaho voters that, because this is an absentee ballot only election, please submit your absentee ballot request as soon as possible!

## VOTING ABSENTEE IS AS EASY AS 1, 2, 3!

1. **REQUEST A BALLOT…**
   You can request an absentee ballot today by visiting ***idahovotes.gov***. There is an online request form or a downloadable form that you can print and mail back to your County Clerk's office. Those who cannot access *idahovotes.gov*, or who do not request a ballot online, will be sent an application in the mail.

2. **WAIT…**
   Your request will be processed within 3–7 days from receipt, and a ballot will be sent to you directly.

3. **VOTE & RETURN…**
   When you receive your absentee ballot, VOTE! Then send your voted ballot back to your County Clerk's office. It must be RECEIVED by 8:00 p.m. on June 2, 2020, to be counted!



**VOTE EARLY IDAHO** at ***idahovotes.gov***