# EXHIBIT B

LAWERENCE DENNEY
IDAHO SECRETARY OF STATE
700 W Jefferson St
Boise, ID 83702

PRSRT MKTG
U.S. Postage
**PAID**
Mailing One

# MAY 19, 2020 PRIMARY ELECTION
# ABSENTEE BALLOT APPLICATION

*The deadline to return this form is May 19, 2020*





*******************ECR*WSH**C-001
NAME
OR CURRENT RESIDENT
ADDRESS
CITY ST ZIP+4

# OFFICIAL ABSENTEE BALLOT APPLICATION

## Idaho Absentee Ballot Request for the May 19, 2020 Primary Election

1. **Full Name:** (First, Middle, Last, Suffix)  FNAME1  MID1  LNAME1
2. **Residence Address:**  ADDRESS  CITY, ST  ZIP
3. **Mailing Address:** (Complete ONLY if the ballot is to be mailed to an address different than above.)
4. **Party Affiliation:** PARTY  VOTERID####
5. I am also requesting a 2020 absentee ballot for:
   ☐ Aug. 25, 2020 Election  ☐ Nov. 3, 2020 Election
6. I am requesting a **(select one):**
   ☐ REPUBLICAN BALLOT  ☐ DEMOCRATIC BALLOT  ☐ NON-PARTISAN BALLOT
7. **VOTER DECLARATION:** By signing you do attest that you are requesting an absentee ballot and affirm under penalty of perjury that the above information is true and correct.

*Signature of Voter (Required)* _____  Date _____

## Idaho Absentee Ballot Request for the May 19, 2020 Primary Election

1. **Full Name:** (First, Middle, Last, Suffix)  FNAME2  MID2  LNAME2
2. **Residence Address:**  ADDRESS  CITY, ST  ZIP
3. **Mailing Address:** (Complete ONLY if the ballot is to be mailed to an address different than above.)
4. **Party Affiliation:** PARTY  VOTERID####
5. I am also requesting a 2020 absentee ballot for:
   ☐ Aug. 25, 2020 Election  ☐ Nov. 3, 2020 Election
6. I am requesting a **(select one):**
   ☐ REPUBLICAN BALLOT  ☐ DEMOCRATIC BALLOT  ☐ NON-PARTISAN BALLOT
7. **VOTER DECLARATION:** By signing you do attest that you are requesting an absentee ballot and affirm under penalty of perjury that the above information is true and correct.

*Signature of Voter (Required)* _____  Date _____

# Due to the coronavirus, the May 19 Primary Election will be held <u>entirely by Absentee Ballot</u>.

## VOTING ABSENTEE IS AS EASY AS 1, 2, 3

**1. REQUEST:** To receive your absentee ballot, please complete the attached form and <u>***return it today***</u>.

**2. WAIT:** You will receive a ballot by mail within 10–14 days of receipt.

**3. VOTE & RETURN:** Mail your completed ballot to your elections office. It must be received by June 2, 2020 to be counted.

For help, contact the <<CLERK JURISDICTION>> County Clerk at <<PHONENUMBER>>.

**You must be registered to request an absentee ballot.** You may register to vote at *idahovotes.gov* or through your county clerk.

**Primary Ballot Selection:** Voters may select their party ballot choice from the options provided. <u>**PLEASE NOTE: Unaffiliated voters who choose a Republican Ballot will become registered as a Republican**</u>.

**Visit *idahovotes.gov* to request an Absentee Ballot.**
Or, complete the attached application and mail it in today!



**Return this card today!**
*No Stamp is needed, postage is paid!*

Clerk Jurisdiction
Clerk Address
Clerk City St Zip

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
CAMPAIGN MAIL
IMB-POSTAGE

**Return this card today!**
*No Stamp is needed, postage is paid!*

Clerk Jurisdiction
Clerk Address
Clerk City St Zip

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
CAMPAIGN MAIL
IMB-POSTAGE