# EXHIBIT C

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | code | name | company | address | address2 | city | state | zip | crrt | dp | dpc | lot | walk_seq | dpv_cmra | dpv_status |
| 2 | IDAHOIDQ01 | THE MORENO HOUSEHOLD | OR CURRENT RESIDENT | 1326A LARCH ST | | SANDPOINT | ID | 838642027 | R008 | 26 | 2 | 0303A | 315 | N | Y |
| 3 | | | | | | | | | | | | | | | |
| 4 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 608 E KRALL ST | | BOISE | ID | 837126339 | C025 | 8 | 0 | 0108D | 111 | N | Y |
| 5 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 608 E KRALL ST | | BOISE | ID | 837126339 | C025 | 8 | 0 | 0108D | 111 | N | Y |
| 6 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 6838 LAMPLIGHTER ST | | BOISE | ID | 837142443 | R016 | 38 | 3 | 0141A | 226 | N | Y |
| 7 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 6838 LAMPLIGHTER ST | | BOISE | ID | 837142443 | R016 | 38 | 3 | 0141A | 226 | N | Y |
| 8 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 3095 N THAMES AVE | | MERIDIAN | ID | 836467538 | R011 | 95 | 6 | 0054D | 52 | N | Y |
| 9 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 3095 N THAMES AVE | | MERIDIAN | ID | 836467538 | R011 | 95 | 6 | 0054D | 52 | N | Y |
| 10 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 130 W WILLOWAY DR | | BOISE | ID | 837055937 | C002 | 30 | 0 | 0019D | 38 | N | Y |
| 11 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 130 W WILLOWAY DR | | BOISE | ID | 837055937 | C002 | 30 | 0 | 0019D | 38 | N | Y |
| 12 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 3033 N KUBIK PL | | MERIDIAN | ID | 836468240 | R011 | 33 | 3 | 0226A | 262 | N | Y |
| 13 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 3033 N KUBIK PL | | MERIDIAN | ID | 836468240 | R011 | 33 | 3 | 0226A | 262 | N | Y |
| 14 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 3539 N KINGSWOOD DR | | BOISE | ID | 837044320 | C077 | 39 | 7 | 0101D | 202 | N | Y |
| 15 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 3539 N KINGSWOOD DR | | BOISE | ID | 837044320 | C077 | 39 | 7 | 0101D | 202 | N | Y |
| 16 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 8253 W SNOHOMISH ST | | BOISE | ID | 837095934 | R098 | 53 | 4 | 0169A | 200 | N | Y |
| 17 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 505 W IDAHO | APT 303 | BOISE | ID | 837026190 | C021 | 78 | 9 | 0232A | 166 | N | Y |
| 18 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 6589 W LUCK | APT 202 | BOISE | ID | 837145483 | C035 | 52 | 0 | 0170A | 182 | N | Y |
| 19 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 1418 E PALERMO ST | | MERIDIAN | ID | 836424865 | R026 | 18 | 5 | 0272A | 273 | N | Y |
| 20 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 10115 W SM | APT 104 | BOISE | ID | 837096440 | R013 | 29 | 8 | 0106A | 110 | N | Y |
| 21 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 2113 W JEFFERSON ST | | BOISE | ID | 837024927 | C016 | 13 | 4 | 0177D | 307 | N | Y |
| 22 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 9327 W CORY LN | | BOISE | ID | 837046808 | C080 | 27 | 7 | 0224A | 225 | N | Y |
| 23 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 3657 W SUGARBERRY ST | | EAGLE | ID | 836166975 | R008 | 57 | 7 | 0166D | 123 | N | Y |
| 24 | IDAHOIDQ01 | THE THOMAS HOUSEHOLD | OR CURRENT RESIDENT | 1108 W PARKSTONE ST | | MERIDIAN | ID | 836466030 | R022 | 8 | 6 | 0382A | 346 | N | Y |