Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email:  ALombardo@parsonsbehle.com
       AHodson@parsonsbehle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual; ROBERT THOMAS, an individual; and NICHOLAS JONES FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as Secretary of State<br><br>Defendants. | Case No. 1:20-cv-00242-BLW<br><br>**DECLARATION OF RITCHIE EPPINK** |

I, Ritchie Eppink, declare as follows:

1. I am the Legal Director of the ACLU of Idaho. I make this declaration based upon my own personal knowledge. I submit this declaration in support of Plaintiffs' Amended Petition/Motion for Temporary Restraining Order and Emergency Injunctive Relief.

2. Attached hereto and incorporated herein by reference as **Exhibit A** are true and correct copies of screenshots of attempts to access voter services on the Idaho Secretary of State's website that I took at about 10:05 a.m., 10:39 a.m., 10:47 a.m. and 6:30 p.m. on Tuesday, May 19, 2020, which show an error message after clicking the online ballot request button, a warning about

1

downtime on the launch page, a "service unavailable" message after clicking the online ballot request button, and an error message after clicking the online ballot request button, respectively.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct.

Executed on the 22nd day of May, 2020, at Boise, Idaho.

/s/ *Ritchie Eppink*
Ritchie Eppink

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 22 day of May 2020, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Robert Berry | ☐ U.S. Mail |
| Office of the Attorney General | ☐ Facsimile |
| 954 W. Jefferson Street, 2nd Floor | ☐ Hand Delivery |
| Boise, ID 83702 | ☐ Overnight Delivery |
| Attorney for Defendants | ☒ Email Robert.Berry@ag.idaho.gov |

*/s/ Amy A. Lombardo*
Amy A. Lombardo