Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email:  ALombardo@parsonsbehle.com
            AHodson@parsonsbehle.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual; ROBERT THOMAS, an individual; and NICHOLAS JONES FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as Secretary of State<br><br>Defendants. | Case No. 1:20-cv-00242-BLW<br><br>**DECLARATION OF SUNRISE AYERS** |

I, Sunrise Ayers, declare as follows:

1.     I am an attorney licensed to practice law in Idaho. I make this declaration based upon my own personal knowledge. I submit this declaration in support of Plaintiffs' Amended Petition/Motion for Temporary Restraining Order and Emergency Injunctive Relief.

2.     Attached hereto and incorporated herein by reference as **Exhibit A** are true and correct copies of PDF prints made during attempts I made to access voter services on the Idaho Secretary of State's apps.idahovotes.gov website at about 1:08 pm, 1:09 pm, 2:46 pm, and 6:36 pm on Tuesday, May 19, 2020, each of which  reports an unknown error preventing access to the

website and voter services that the Secretary of State had promised and advertised would be provided there.

3. Attached hereto and incorporated herein by reference as **Exhibit B** is a true and correct copy of a PDF print made during an attempt I made to access voter services on the Idaho Secretary of State's apps.idahovotes.gov website taken on Tuesday, May 19, 2020 at about 4:23 p.m., showing a "service unavailable" message for a new voter registration.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct.

Executed on the 22nd day of May, 2020, at Boise, Idaho.

                                                                                      */s/ Sunrise Ayers*
                                                                                     Sunrise Ayers

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 22nd day of May 2020, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Robert Berry | ☐ U.S. Mail |
| Office of the Attorney General | ☐ Facsimile |
| 954 W. Jefferson Street, 2nd Floor | ☐ Hand Delivery |
| Boise, ID 83702 | ☐ Overnight Delivery |
| Attorney for Defendants | ☒ Email Robert.Berry@ag.idaho.gov |

*/s/ Amy A. Lombardo*
Amy A. Lombardo