Amy A. Lombardo, ISB No. 8646
Alexandra L. Hodson, ISB No. 10631
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID 83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email: ALombardo@parsonsbehle.com
 AHodson@parsonsbehle.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual; ROBERT THOMAS, an individual; and NICHOLAS JONES FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as Secretary of State<br><br>Defendants. | Case No. 1:20-cv-00242-BLW<br><br>**DECLARATION OF ROBIN DAVIS** |

I, Robin Davis, declare as follows:

1. I make this declaration based upon my own personal knowledge and can testify as to the truth of the statements contained herein if called upon as a witness at the trial of this action.

2. I reside in Hailey, Idaho.

3. On the last day for online ballot requests, May 19th, 2020, my son and I tried multiple times to request an absentee ballot through the Secretary of State's website, but it did not work. Several times, the website crashed before loading our personal information. When the website did load content, and we were able to enter our personal information and click the button

1

to request a ballot, it returned a message that we could not be identified. We confirmed through the website that day that we are registered to vote. We kept trying to request a ballot, even attempting to request different types of ballots (e.g., independent and democratic), but each time the website would fail. Due to the repeated website failures, neither myself nor my son nor husband received an absentee ballot.

4. Although the county website said that voters could print the ballot request form, sign it, and email it to Blaine County, this option did not work for me because I do not have a scanner.

5. I did not see any information online for Blaine county about being able to photograph and email a signed application for requesting an absentee ballot. However, I found out I could have photographed the signed document and emailed it to the county when I contacted Blaine County the following day, May 20th.

6. On May 21, 2020, I spoke with Chad Houck with the Idaho Secretary of State's Elections office, and was told that it was my problem for waiting until the last day. When I asked him if they were going to make concessions for their faulty system and/or extend the date for submittals for absentee ballots, I was told "no," unless I could get the legislation changed or a judge-made a ruling. Mr. Houck said their software system was old and was due to have been replaced prior to implementing this process of requesting absentee ballots. He also said I had many other options available to me "prior to the last day online." Basically, he said, due to the system breaking down, I was simply out of luck.

7. I do find this rather unfortunate. If a date is given as a deadline and the State's computer systems are not working properly, I do strongly believe they should allow us some way to request our absentee ballots by offering an extension.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct.

Executed on May 22, 2020, at Hailey, Idaho.

*/s/ Robin Davis*
Robin Davis

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 22nd day of May, 2020, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Robert Berry<br>Office of the Attorney General<br>954 W. Jefferson Street, 2nd Floor<br>Boise, ID 83702<br>*Attorney for Defendants* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email Robert.Berry@ag.idaho.gov |

      */s/ Amy A. Lombardo*
      Amy A. Lombardo