UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENA MORENO, an individual; ROBERT, THOMAS, an individual; and NICHOLAS JONES FOR CONGRESS,<br><br>      Plaintiffs,<br><br>      v.<br><br>IDAHO SECRETARY OF STATE; and LAWERENCE DENNEY, in his official capacity as secretary of state,<br><br>      Defendants. | Case No. 1:20-cv-00242-BLW<br><br>**ORDER** |

Before the Court are Plaintiffs' Motion for a Temporary Restraining Order and Emergency Injunctive Relief (Dkt. 1) and Plaintiffs' Amended Petition/Motion for Temporary Restraining Order and Emergency Injunctive Relief (Dkt. 2). The Court held oral arguments on the motions on May 22, 2020. For the reasons given from the bench the motions are granted. The Court will require that the absentee ballot request deadline be extended, and the ballot request website reopened, for those voters who attempted to request a ballot but were unable to do so due to the website crashing.

**ORDER - 1**

**ORDER**

**IT IS ORDERED that** Plaintiffs' motions for emergency injunctive relief (Dkt. 1, 2) are GRANTED. Defendants are ordered to extend the deadline to request an absentee ballot until 8:00 p.m. on May 26, 2020 and reopen the absentee ballot request website for those voters who certify that they attempted to request an absentee ballot before the deadline but were unable to do so. Defendants shall further take necessary measures to notify voters—via news and social media—that they will be able to request an absentee ballot before May 26, 2020 at 8:00 p.m.

DATED: May 23, 2020

_____
B. Lynn Winmill
U.S. District Court Judge